UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MC-62540-CIV-SINGHAL/VALLE

NATIONWIDE JUDGMENT RECOVERY, INC.,
as assignee of Matthew Orso, as Successor
Court-Appointed Receiver for Rex Venture
Group, LLC d/b/a ZeekRewards.com,

    Plaintiff,

vs.

WALLY SAINTIL,

    Defendant/Judgment Debtor,

vs.

SAINT CONCEPT12 LLC,

    Garnishee.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon a Report and Recommendation (DE [40]) filed on May 18, 2023, recommending that the Court grant Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee TD Bank, N.A. (DE [38]). The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [40]) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff is entitled to a Final Judgment of Garnishment against TD Bank in the amount of **$995.74**, for which let execution issue.

3. In accordance with Federal Rule of Civil Procedure 58, final judgment for Plaintiff shall be entered by separate order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of June 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF